BARBARA HOPE O'NEILL #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655

Attorney for Amina Padilla

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No. 1:17-CR-00198 LJO |
| ) | |
| ) | ORDER AUTHORIZING |
| Plaintiff, ) | MS. PADILLA'S ATTENDANCE AT HER |
| ) | BROTHER'S FOR THANKSGIVING |
| ) | |
| v. ) | |
| ) | Court: Hon. Lawrence J. O'Neill |
| Amina Padilla, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

IT IS SO ORDERED that Ms. Padilla can travel to her brother's, Anthony Guerrero, who resides at 6766 West Olana Drive, Fresno CA 93722 for Thanksgiving. She will leave accompanied by her mother, Aurora Galaviz (who is her third-party custodian), at 11:30 a.m. and return no later than 6 p.m. on Thursday, November 23, 2017. Her mother has stated that there will be no co-defendants attending.

IT IS SO ORDERED.

Dated:   November 21, 2017          /s/ Lawrence J. O'Neill
                                 UNITED STATES CHIEF DISTRICT JUDGE