# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

DEC 15 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

United States of America

vs.

Amina Padilla

Case No. 1:17-CR-00198-LJO-SKO

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Amina Padilla_____ , have discussed with _____Ryan Beckwith_____ , Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the HOME DETENTION component of the Location Monitoring Program be replaced with the CURFEW component which will require the defendant to be restricted to her residence every day from 9:00 PM to 4:00 AM or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 12·13·17          _____ 12-13-17
Signature of Defendant            Date               Pretrial Services Officer Services       Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    12/15/17
Signature of Assistant United States Attorney       Date
Kimberly Sanchez   by Jeffrey A. Spivak, AUSA

I have reviewed the conditions with my client and concur that this modification is appropriate.

Barbara Hope O'Neill                               12·13·17
Signature of Defense Counsel                        Date
Barbara O'Neill

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on 12/15/17 .

☐ The above modification of conditions of release is *not* ordered.

_____                    12/15/17
Signature of Judicial Officer                       Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services