United States District Court
EASTERN DISTRICT OF CALIFORNIA

FILED
APR 06 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

|  |  |
|---|---|
| United States of America ) <br> vs. ) <br> Amina Padilla ) <br> ) | Case No. 1:17-CR-00198-LJO-SKO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Amina Padilla_____, have discussed with _____Ryan Beckwith_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the CURFEW component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4.3.18          _____  4.6.18
Signature of Defendant      Date              Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                              4-5-18
Signature of Assistant United States Attorney                          Date
Kimberly Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

Barbara Hope O'Neill                                                    4.3.2018
Signature of Defense Counsel                                            Date
Barbara O'Neill

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _____4/6/18_____.
[ ] The above modification of conditions of release is *not* ordered.

_____                                              4/6/18
Signature of Judicial Officer                                          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services