McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>AMINA PADILLA,<br><br>            Defendant. | CASE NO. 1:17-CR-00198-LJO<br><br>STIPULATION TO CONTINUE ARRAIGNMENT; AND SET CHANGE OF PLEA<br><br>DATE: April 15, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Trial in this matter is presently set for May 7, 2019 and time under the Speedy Trial Act has been excluded through and including May 7, 2019.

2. On April 11, 2019, a grand jury returned a Second Superseding Indictment against Defendant Amina Padilla.

3. This matter was set for arraignment on the Second Superseding Indictment on April 15, 2019.

4. On April 12, 2019, the parties filed a plea agreement. (ECF #369).

///

///

5. By this stipulation, defendant now moves to continue the arraignment from April 15, 2019 until April 24, 2019 at 8:30 am, and set a change of plea hearing for that date and time.

IT IS SO STIPULATED.

Dated: April 15, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: April 15, 2019

/s/ Barbara O'Neill
Barbara O'Neill
Counsel for Defendant
AMINA PADILLA
(Approved by email 4/15/2019)

**ORDER**

**The request is granted. The matter is continued to April 24, 2019. HOWEVER, the Court will not be able to hear it until 10:00 a.m. on that day.**

IT IS SO ORDERED.

Dated: **April 15, 2019**           **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE